United States District Court
Southern District of Texas
**ENTERED**
September 19, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| SETPOINT ENERGY, INC, Plaintiff, | § | CIVIL ACTION NUMBER 4:25-cv-04537 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| COTERRA ENERGY, INC, and COTERRA ENERGY OPERATING CO, Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Plaintiff SetPoint Energy, Inc, sues Defendants, Coterra Energy, Inc, and its wholly owned subsidiary, Coterra Energy Operating Co, in this action to recover for unpaid invoices. Dkt 1. Defendants assert counterclaims. Dkt 28.

The matter was referred for disposition to Magistrate Judge Christina A. Bryan. Dkt 10. Pending is a partial motion by Plaintiff to dismiss certain counterclaims by Defendants. Dkt 31.

Judge Bryan recommends that the motion to dismiss be granted in part and denied in part. Dkt 35 at 13. She recommends that the motion be granted as to the counterclaim for declaratory judgment. Id at 11–12. She recommends that the motion be denied as to all other claims. Id at 7–10.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other

portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law. However, a typographical error is noted in the Memorandum and Recommendation, where the date "January 15, 2027" on page 9 of Dkt 35 should be "January 15, 2025." Dkt 35 at 9. It is hereby modified as such.

It is also noted that Defendants filed a third amended answer and counterclaim on August 21, 2026. Dkt 37. This amended pleading doesn't include the counterclaim for declaratory judgment, which technically moots the request by Plaintiff to dismiss that counterclaim.

Even so, the Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 35.

The partial motion by Plaintiff SetPoint Energy, Inc, to dismiss counterclaims is GRANTED IN PART and DENIED IN PART. Dkt 31.

It is GRANTED as to the counterclaim for declaratory judgment.

It is DENIED as to the other counterclaims for common law fraud, fraud by nondisclosure, and negligent misrepresentation.

SO ORDERED.

Signed on September 18, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge